**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: Jean Marie Lesueur | JOINT DEBTOR: Bernadette Lesueur | CASE NO.: 15-19677-PGH |
| Last Four Digits of SS# xxx-xx-5277 | Last Four Digits of SS# xxx-xx-8891 | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ 3,064.60 for months 1 to 60 ;
- B. $ _____ for months ____ to ____ ;
- C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 6,150.00    TOTAL PAID $ 0.00
Balance Due    $ 6,150.00 payable $ 2,786.00 /month (Months 1 to 2)
                                    578.00                     3      3

$3,500.00 Attorney Fee, $150.00 in costs, $2,500.00 MMM

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

SELECT PORTFOLIO SERVICING

Address: PO BOX 65250
Salt Lake City, UT 84165

The MMM Payment is proposed to be $2,200.00
There is an additional $115.79 added to account for the deferred months

Account No: _____    MMM Payment $ 2,315.79 /month    (Months 4 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-    Total Due    $ _____
         Payable    $ _____ /month    (Months __ to __)    Regular Payment $ _____

Unsecured Creditors: Pay $ 2,208.00 /month (Months 3 to 3 ).
                    Pay $ 470.21 /month (Months 4 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Special Intentions:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jean Marie Lesueur | /s/ Bernadette Lesueur |
|---|---|
| Jean Marie Lesueur | Bernadette Lesueur |
| Debtor | Joint Debtor |
| Date: June 22, 2015 | Date: June 22, 2015 |

LF-31 (rev. 01/08/10)