**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ _1st_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jean Marie Lesueur   JOINT DEBTOR: Bernadette Lesueur   CASE NO.: 15-19677-PGH
Last Four Digits of SS# xxx-xx-5277   Last Four Digits of SS# xxx-xx-8891

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 3,025.00 for months 1 to 60 ;
B. $ for months to ;
C. $ for months to ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 6,250.00   TOTAL PAID $ 0.00
Balance Due $ 6,250.00 payable $ 2,750.00 /month (Months 1 to 2 )
750.00   3   3

$3,500.00 Attorney Fee, $150.00 in costs, $2,500.00 MMM, $100.00 in costs

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

SELECT PORTFOLIO SERVICING

Address: PO BOX 65250 Salt Lake City, UT 84165

The MMM Payment is proposed to be $2,200.00
There is an additional $80.71 added to account for the deferred months
(Months _3_ to _3_ )
(Months _4_ to _60_ )

Account No:   MMM Payment $ 2,000.00 / 2,280.71 /month

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE- Total Due $
Payable $ /month (Months _ to _ ) Regular Payment $

Unsecured Creditors: Pay $ 469.29 /month (Months 4 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Special Intentions:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Jean Marie Lesueur

Jean Marie Lesueur
Debtor

Date:    July 24, 2015

/s/ Bernadette Lesueur

Bernadette Lesueur
Joint Debtor

Date:    July 24, 2015

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy