**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: Jean Marie Lesueur | JOINT DEBTOR: Bernadette Lesueur | CASE NO.: 15-19677-PGH |
|---|---|---|
| Last Four Digits of SS# xxx-xx-5277 | Last Four Digits of SS# xxx-xx-8891 | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ __2,860.00__ for months __1__ to __60__ ;
    B. $ _____ for months _____ to _____ ;
    C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __6,250.00__  TOTAL PAID $ __0.00__
    Balance Due $ __6,250.00__ payable $ __2,600.00__ /month (Months __1__ to __2__)
                                                            1,050.00                            3        3

$3,500.00 Attorney Fee, $150.00 in costs, $2,500.00 MMM, $100.00 in costs

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

SELECT PORTFOLIO SERVICING

Address: PO BOX 65250 Salt Lake City, UT 84165

Account No: _____

MMM Payment $ __1,550.00__ / __2,288.60__ /month

The MMM Payment is proposed to be $2,200.00
There is an additional $88.60 added to account for the deferred months
(Months __3__ to __3__)
(Months __4__ to __60__)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
  __-NONE-__    Total Due  $ _____
                     Payable   $ _____ /month   (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors:   Pay $ __311.40__ /month (Months __4__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

LF-31 (rev. 01/08/10)

Special Intentions:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jean Marie Lesueur | /s/ Bernadette Lesueur |
|---|---|
| Jean Marie Lesueur | Bernadette Lesueur |
| Debtor | Joint Debtor |
| Date: September 2, 2015 | Date: September 2, 2015 |

LF-31 (rev. 01/08/10)