# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
☑ __3rd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | Jean Marie Lesueur | JOINT DEBTOR: | Bernadette Lesueur | CASE NO.: | 15-19677-PGH |
|---|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-5277 | Last Four Digits of SS# | xxx-xx-8891 | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __2,596.00__ for months __1__ to __60__ ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __6,250.00__ TOTAL PAID $ __0.00__
Balance Due $ __6,250.00__ payable $ 2,360.00 /month (Months 1 to 2 )
                                      1,530.00                      3    3

$3,500.00 Attorney Fee, $150.00 in costs, $2,500.00 MMM, $100.00 in costs

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

SELECT PORTFOLIO SERVICING

Address: PO BOX 65250
Salt Lake City, UT 84165

The MMM Payment is proposed to be $2,200.00
There is an additional $101.23 added to account for the deferred months
830.00 (Months 3 to 3 )

Account No: _____ MMM Payment $ 2,301.23 /month (Months 4 to 60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
    -NONE-    Total Due  $ _____
              Payable    $ _____ /month  (Months __ to __ )  Regular Payment $ _____

Unsecured Creditors: Pay $ 58.77 /month (Months 4 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

LF-31 (rev. 01/08/10)

Special Intentions:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Jean Marie Lesueur | /s/ Bernadette Lesueur |
|---|---|
| Jean Marie Lesueur | Bernadette Lesueur |
| Debtor | Joint Debtor |
| Date:  November 2, 2015 | Date:  November 2, 2015 |