```
                              United States Bankruptcy Court
                              Southern District of Florida

In re:                                                          Case No. 15-19677-PGH
Jean Marie Lesueur                                              Chapter 13
Bernadette D Lesueur
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 113C-9          User: montygier              Page 1 of 2             Date Rcvd: Dec 09, 2015
                              Form ID: CGFD26              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2015.
db/jdb         +Jean Marie Lesueur,    Bernadette D Lesueur,    8886 Avocado Blvd,
                 West Palm Beach, FL 33412-2683
smg             Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallahassee, FL 32314-6668
cr             +U.S. BANK NATIONAL,    SHD Legal Group P.A.,    499 NW 70th Ave. Suite 309,
                 Plantation, FL 33317-7574
cr             +U.S. Bank National Association,    Kahane & Associates, P.A.,    c/o Taji Foreman, Esq.,
                 8201 Peters Road, Suite 3000,    Plantation, FL 33324-3292
cr             +U.S. Bank National Association,    Elizabeth R. Wellborn, P.A.,    c/o Mariam Zaki,
                 350 Jim Moran Blvd., Suite 100,    Deerfield Beach, FL 33442-1721
93041525       +Aargon Agency As Agent For Wellington Regional Med,    Wellington Regional Medical Center,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
93025271       +Aargon Agency Inc,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
93025274       +Doctors Business Bur,    202 N Federal Hwy,    Lake Worth, FL 33460-3438
93074987       +Elizabeth R. Wellborn, P.A,    350 Jim Moran Blvd #100,    Deerfield Beach, FL 33442-1721
93074990       +Finlay B. Matheson, as Trustee for the,    Finlay Brooks Matheson Trust,
                 c/o Jared Quartell, Esq,    4500 PGA Blvd Suite 303A,    Palm Beach Gardens, FL 33418-3965
93074988       +Finlay B. Matheson, as Trustee for the,    Finlay Brooks Matheson Trust,
                 c/o Jill N Berman, Esq,    100 SE Second St Suite 2900,    Miami, FL 33131-2119
93025275       +Focus Financial Servic,    3800 S Congress Ave,    Boynton Beach, FL 33426-8424
93025277      ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
               (address filed with court: Goldkey Cred,     625 Us Hwy, 1 Suite 102,    Key West, FL 33040)
93074989        Greenspoon, Marder, P.A.,    100 West Cypress Rd #700,    Fort Lauderdale, FL. 33309
93025279       +Lamont Hanley & Associ,    1138 Elm St,    Manchester, NH 03101-1531
93025280       +Matthew E Hearne, Esq,    McGlinchey Stafford,    One East Broward Blvd,    Suite 1400,
                 Fort Lauderdale, FL 33301-1834
93025281       +Nationwide Recovery Sv,    Po Box 8005,    Cleveland, TN 37320-8005
93025282      #+Northern Leasing Syste,    132 W 31st St Fl 14,    New York, NY 10001-3405
93025283       +Rec Mgt Grp,    2901 University Av #29,    Columbus, GA 31907-7601
93025285       +SPS,    Po Box 65250,    Salt Lake City, UT 84165-0250
93025284       +Select Portfolio Servicing, Inc,    10401 Deerwood Par,    Jacksonville, FL 32256-5007
93074991        Select Portfolio Servicing, Inc,    3815 SW Temple,    Salt Lake City, UT. 84115
93114057       +U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
93074992       +US Bank NA,    c/o Elizabeth R. Wellborn, P.A,    350 Jim Moran Blvd #100,
                 Deerfield Beach, FL 33442-1721
93074993       +Westgate Palace, LLC,    5601 Windhover Dr,    Orlando, FL 32819-7936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
93025272       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 10 2015 00:27:01      Credit Coll,
                 Po Box 9136,    Needham, MA 02494-9136
93025273       +E-mail/Text: alicia@cs-llc.com Dec 10 2015 00:25:49      Credit Solutions Llc,
                 2277 Thunderstick Dr Ste,    Lexington, KY 40505-9002
93025276       +E-mail/Text: ally@ebn.phinsolutions.com Dec 10 2015 00:24:41      Gmac,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
93025278       +E-mail/Text: bankruptcy@gulfcoastcollection.com Dec 10 2015 00:25:39      Gulf Coast Collection,
                 5630 Marquesas Cir,    Sarasota, FL 34233-3331
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2015                                      Signature:  /s/Joseph Speetjens

```
District/off: 113C-9           User: montygier            Page 2 of 2                  Date Rcvd: Dec 09, 2015
                               Form ID: CGFD26            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2015 at the address(es) listed below:
              Anila   Rasul     on behalf of Creditor    U.S. BANK NATIONAL arasul@shdlegalgroup.com,
               southerndistrict@shdlegalgroup.com
              Anila   Rasul     on behalf of Creditor    U.S. Bank National Association arasul@shdlegalgroup.com,
               southerndistrict@shdlegalgroup.com
              Mariam   Zaki     on behalf of Creditor    U.S. Bank National Association mzaki@erwlaw.com,
               BankruptcyECF@erwlaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
              Sean I. Koplow, Esq.    on behalf of Debtor Jean Marie  Lesueur seankoplow@gmail.com,
               arleneoberg@gmail.com,jonathan.grasing@gmail.com
              Sean I. Koplow, Esq.    on behalf of Joint Debtor Bernadette D Lesueur seankoplow@gmail.com,
               arleneoberg@gmail.com,jonathan.grasing@gmail.com
              Taji S Foreman, Esq.    on behalf of Creditor    U.S. Bank National Association
               tforeman@kahaneandassociates.com,  bkecf@kahaneandassociates.com
                                                                                             TOTAL: 8
```

**CGFD26** (04/30/15)



**ORDERED in the Southern District of Florida on December 9, 2015**

*Paul G. Hyman, Jr.*
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–19677–PGH

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jean Marie Lesueur
8886 Avocado Blvd
West Palm Beach, FL 33412

SSN: xxx–xx–5277

Bernadette D Lesueur
aka Bernadette Tamburrini
8886 Avocado Blvd
West Palm Beach, FL 33412

SSN: xxx–xx–8891

### ORDER CONFIRMING CHAPTER 13 PLAN

This cause came before the court on 11/04/2015 for confirmation of the debtor's proposed 5th Amended chapter 13 plan pursuant to Local Rule 3015–3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following May 28, 2015, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, the Plan provides for surrender of the property secured by the secured creditor's claim or the Plan provides for direct payment of the secured creditor's claim outside of the Plan, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

The clerk shall serve a copy of this order on all parties of record.

### #

*Page 3 of 3*