United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 15-19677-PGH
Jean Marie Lesueur                                             Chapter 13
Bernadette D Lesueur
        Debtors

## CERTIFICATE OF NOTICE

District/off: 113C-9        User: perussoc        Page 1 of 2        Date Rcvd: Feb 16, 2016
                            Form ID: CGFD40       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2016.
```
db/jdb        +Jean Marie Lesueur,   Bernadette D Lesueur,   8886 Avocado Blvd,
               West Palm Beach, FL 33412-2683
cr            +U.S. BANK NATIONAL,   SHD Legal Group P.A.,   499 NW 70th Ave. Suite 309,
               Plantation, FL 33317-7574
cr            +U.S. Bank National Association,   Kahane & Associates, P.A.,   c/o Taji Foreman, Esq.,
               8201 Peters Road, Suite 3000,   Plantation, FL 33324-3292
cr            +U.S. Bank National Association,   Elizabeth R. Wellborn, P.A.,   c/o Mariam Zaki,
               350 Jim Moran Blvd., Suite 100,   Deerfield Beach, FL 33442-1721
93041525      +Aargon Agency As Agent For Wellington Regional Med,   Wellington Regional Medical Center,
               8668 Spring Mountain Rd,   Las Vegas, NV 89117-4132
93025274      +Doctors Business Bur,   202 N Federal Hwy,   Lake Worth, FL 33460-3438
93074987      +Elizabeth R. Wellborn, P.A,   350 Jim Moran Blvd #100,   Deerfield Beach, FL 33442-1721
93074990      +Finlay B. Matheson, as Trustee for the,   Finlay Brooks Matheson Trust,
               c/o Jared Quartell, Esq,   4500 PGA Blvd Suite 303A,   Palm Beach Gardens, FL 33418-3965
93074988      +Finlay B. Matheson, as Trustee for the,   Finlay Brooks Matheson Trust,
               c/o Jill N Berman, Esq,   100 SE Second St Suite 2900,   Miami, FL 33131-2119
93025275      +Focus Financial Servic,   3800 S Congress Ave,   Boynton Beach, FL 33426-8424
93025277     ++GOLD KEY CREDIT INC,   PO BOX 15670,   BROOKSVILLE FL 34604-0122
               (address filed with court: Goldkey Cred,   625 Us Hwy, 1 Suite 102,   Key West, FL 33040)
93074989      +Greenspoon, Marder, P.A.,   100 West Cypress Rd #700,   Fort Lauderdale, FL. 33309
93025279      +Lamont Hanley & Associ,   1138 Elm St,   Manchester, NH 03101-1531
93025280      +Matthew E Hearne, Esq,   McGlinchey Stafford,   One East Broward Blvd,   Suite 1400,
               Fort Lauderdale, FL 33301-1834
93025282     ++NORTHERN LEASING SYSTEMS INC,   525 WASHINGTON BLVD 15 FLOOR,   JERSEY CITY NJ 07310-1606
               (address filed with court: Northern Leasing Syste,   132 W 31st St Fl 14,   New York, NY 10001)
93025281      +Nationwide Recovery Sv,   Po Box 8005,   Cleveland, TN 37320-8005
93025283      +Rec Mgt Grp,   2901 University Av #29,   Columbus, GA 31907-7601
93025285      +SPS,   Po Box 65250,   Salt Lake City, UT 84165-0250
93025284      +Select Portfolio Servicing, Inc,   10401 Deerwood Par,   Jacksonville, FL 32256-5007
93074991       Select Portfolio Servicing, Inc,   3815 SW Temple,   Salt Lake City, UT. 84115
93114057      +U.S. Bank National Association,   c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,   Salt Lake City, UT 84115-4412
93074992      +US Bank NA,   c/o Elizabeth R. Wellborn, P.A,   350 Jim Moran Blvd #100,
               Deerfield Beach, FL 33442-1721
93074993      +Westgate Palace, LLC,   5601 Windhover Dr,   Orlando, FL 32819-7936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Feb 17 2016 00:28:00     Florida Department of Revenue,   POB 6668,
               Bankruptcy Division,   Tallahassee, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Feb 17 2016 00:39:57     Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
93025271      +EDI: AARGON.COM Feb 17 2016 00:28:00     Aargon Agency Inc,   8668 Spring Mountain Rd,
               Las Vegas, NV 89117-4132
93025272      +EDI: CCS.COM Feb 17 2016 00:28:00     Credit Coll,   Po Box 9136,   Needham, MA 02494-9136
93025273      +E-mail/Text: alicia@cs-llc.com Feb 17 2016 00:40:00     Credit Solutions Llc,
               2277 Thunderstick Dr Ste,   Lexington, KY 40505-9002
93025276      +EDI: GMACFS.COM Feb 17 2016 00:28:00     Gmac,   200 Renaissance Ctr,   Detroit, MI 48243-1300
93025278      +E-mail/Text: bankruptcy@gulfcoastcollection.com Feb 17 2016 00:39:53     Gulf Coast Collection,
               5630 Marquesas Cir,   Sarasota, FL 34233-3331
                                                                                        TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 113C-9          User: perussoc          Page 2 of 2                    Date Rcvd: Feb 16, 2016
                              Form ID: CGFD40          Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2016 at the address(es) listed below:
          Anila   Rasul    on behalf of Creditor    U.S. BANK NATIONAL arasul@shdlegalgroup.com,
          southerndistrict@shdlegalgroup.com
          Anila   Rasul    on behalf of Creditor    U.S. Bank National Association arasul@shdlegalgroup.com,
          southerndistrict@shdlegalgroup.com
          Mariam  Zaki    on behalf of Creditor    U.S. Bank National Association mzaki@erwlaw.com,
          BankruptcyECF@erwlaw.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
          Sean I. Koplow, Esq.   on behalf of Debtor Jean Marie  Lesueur seankoplow@gmail.com,
          arleneoberg@gmail.com,jonathan.grasing@gmail.com
          Sean I. Koplow, Esq.   on behalf of Joint Debtor Bernadette D Lesueur seankoplow@gmail.com,
          arleneoberg@gmail.com,jonathan.grasing@gmail.com
          Taji S Foreman, Esq.   on behalf of Creditor   U.S. Bank National Association
          tforeman@kahaneandassociates.com,  bkecf@kahaneandassociates.com
                                                                                     TOTAL: 8

Form CGFD40  (9/19/08)



**ORDERED in the Southern District of Florida on February 16, 2016**



**Paul G. Hyman, Jr.**
Chief United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 15–19677–PGH**

**Chapter: 13**

In re: *

Jean Marie Lesueur
8886 Avocado Blvd
West Palm Beach, FL 33412

Last four digits of SSN/ITIN or Complete EIN: xxx–xx–5277

Bernadette D Lesueur
aka Bernadette Tamburrini
8886 Avocado Blvd
West Palm Beach, FL 33412

Last four digits of SSN/ITIN or Complete EIN: xxx–xx–8891

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

### IT IS ORDERED:

1. The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

2. (If applicable) The Employee Wage Deduction Order(s) entered in this case is/are terminated.

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

Copies to:  All Parties of record

---

\*  Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers (ITIN) or complete employer tax–identification numbers (EIN).

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 13 CASE
## AFTER COMPLETION OF PLAN PAYMENTS

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injury or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

*# # #*

*Page 2 of 2*